UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXBO FRUITS US INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>TRIDENT AG SERVICES, LLC., et al.,<br><br>Defendants | No. 1:25-cv-00369-EPG<br><br>ORDER APPROVING JOINT STIPULATION TO EXTEND DISCOVERY<br><br>(ECF No. 74). |

On July 14, 2026, the parties filed a joint stipulation to extend discovery in this case. (ECF No. 74). The stipulation is as follows:

> Plaintiff and Counter-Defendant Oxbo Fruit US, Inc. ("Plaintiff"), Third-Party Defendant Robert Huckaby ("Mr. Huckaby"), and Defendants/Counter-Claimants/Third-Party Claimants Trident Ag Services, LLC; Nick Hansen; Kristopher Rodrick; Estevan Tamez; Hansen and Smith Consulting, LLC; KLR Consulting Group LLC; and Hillside Farm Management, LLC (collectively "Defendants") respectfully submit this Joint Stipulation to Extend Discovery and respectfully request the Court's approval of the extension further described below pursuant to Eastern District of California Local Rule 144(a) and Rule 6 of the Federal Rules of Civil Procedure.
>
> Discovery in this action has been delayed as a result of Huckaby's medical condition, diagnosed subsequent to the initiation of this action. As a result of medical treatment for this condition, Huckaby, to date, has been unavailable in discovery. Understanding the effect of the delay, and without wish of prejudice to Defendants, the Parties agree there is good cause,

> and thereby stipulate to, extend the following dates issued by the Court on January 1, 2026, as follows:
>
> 1. Non-Expert Discovery, currently scheduled for completion by August 7, 2026, be extended thirty (60) days, plus additional time as necessary for calculations of weekends and holidays, to October 6, 2026.
> 2. Expert Disclosure, currently scheduled for completion by September 8, 2026, be extended thirty (60) days, plus additional time as necessary for calculations of weekends and holidays, to November 9, 2026.
> 3. Rebuttal Expert Disclosure, currently scheduled for completion by October 8, 2026, be extended thirty (60) days, plus additional time as necessary for calculations of weekends and holidays, to December 7, 2026.
> 4. Expert Discovery, currently scheduled for completion by November 9, 2026, be extended thirty (60) days, plus additional time as necessary for calculations of weekends and holidays, to January 8, 2027.
> 5. Dispositive Motions, currently scheduled for filing by January 11, 2027, be extended thirty (60) days, plus additional time as necessary for calculations of weekends and holidays, to March 12, 2027.
> 6. The Pretrial Conference set for May 13, 2027, at 11:00 AM as well as the Jury Trial set to commence on July 13, 2027, at 8:30 AM remain on calendar as currently scheduled. The Parties, based on the foregoing and for good cause showing, respectfully submit this Joint Stipulation to Extend Discovery and respectfully request the Court grant the extensions of time as proposed, or in a manner concurrent with the intent of this Stipulation by which the Court deems appropriate.

(ECF No. 74 at 2-3).

After consideration, the Court shall grant the joint stipulation to extend the discovery deadlines in this case. However, this will be the final extension of the non-expert discovery deadline. Additionally, the pretrial and trial dates will be extended by the same period of time to allow sufficient time for consideration of dispositive motions. The Court will also set a status conference, as set forth below.

Accordingly, it is HEREBY ORDERED:

1. Non-expert discovery is extended from August 7, 2026, to October 6, 2026[1].
2. Expert Disclosure is extended from September 8, 2026, to November 9, 2026.
3. Rebuttal Expert Disclosure is extended from October 8, 2026, to December 7, 2026.
4. A telephonic Status Conference is hereby set for December 16, 2026, at 10:00 a.m.
5. Expert Discovery cut-off is extended from November 9, 2026 to January 8, 2027.
6. Dispositive Motion deadline is extended from January 11, 2027, to March 12, 2027.

[1] No further extensions of non-expert discovery shall be granted.

7. The currently set May 13, 2027, pre-trial conference and July 13, 2027, will similarly be extended in order to allow any rulings on possible dispositive motions. The pre-trial conference is now set for July 13, 2027, and the jury trial is now set for September 14, 2027.

IT IS SO ORDERED.

Dated: **July 14, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE